KIMBERLY A. SANCHEZ
Acting United States Attorney
BRITTANY M. GUNTER
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ROMERO-VENCES,<br>     aka JESUS ROMERO,<br>     aka JESUS CHUCHIN-ROMERO,<br><br>Defendant. | CASE NO. 1:25-CR-00097-KES-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING AND VACATE STATUS CONFERENCE; ORDER |

The United States of America, by and through its counsel of record, Assistant United States Attorney Brittany M. Gunter, and defendant Jesus Romero-Vences, by and through defendant's counsel of record, Reed Grantham, hereby stipulate as follows:

1. The parties have reached a resolution and filed a plea agreement. ECF 22.

2. After conferring about available dates wherein counsel can appear, the parties request that the Court set a change of plea hearing for August 11, 2025.

3. In light of the anticipated change of plea, the parties request that the Court vacate the status conference currently set for August 13, 2025. ECF 20.

///

///

STIPULATION TO SET CHANGE OF PLEA HEARING AND
VACATE STATUS CONFERENCE; ORDER

1

4. Time has already been excluded through August 13, 2025.  ECF 20.

IT IS SO STIPULATED.

Dated:  August 4, 2025

KIMBERLY A. SANCHEZ
Acting United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  August 4, 2025

/s/ REED GRANTHAM
REED GRANTHAM
Counsel for Defendant

## **ORDER**

IT IS SO ORDERED that the status conference set for August 13, 2025, is vacated. A change of plea hearing is set for **August 11, 2025, at 9:30 a.m. in Courtroom 6 before District Court Judge Kirk E. Sherriff**. Time was previously excluded through August 13, 2025.

IT IS SO ORDERED.

Dated:  **August 4, 2025**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE